# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | A CHAPTER 11 PROCEEDING |
|    Jeffery R Blust and | ) | |
|    Angela P Blust, | ) | Case No. 13-08514 |
|       Debtors. | ) | |
| | ) | |
| | ) | Honorable Judge: Pamela S. Hollis |

## NOTICE OF MOTION

TO:   See Attached Service List

Please take notice that on July 29, 2014 at 10:00 am, John J. Lynch of The Lynch Law Offices, P.C. shall appear before the Honorable Pamela S. Hollis, or any judge sitting in her stead, in Courtroom 644, in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois and present;

**MOTION FOR ENTRY OF FINAL DECREE AND TO CLOSE CASE**

/s/ John J. Lynch

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of the foregoing Notice of Motion and Motion by electronic filing or U.S. Mail in Lisle, Illinois to the above-named parties on June 23, 2014.

/s/ John J. Lynch

John J. Lynch (No. 6270193)
Lynch Law Offices, P.C.
1011 Warrenville Road, Suite 150
Lisle, IL 60532
Phone: (630) 960-4700

Label Matrix for local noticing
0752-1
Case 13-08514
Northern District of Illinois
Chicago
Thu Jun 19 13:58:26 CDT 2014

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Arrowhead
c/o Carmen Association
410 S. Cedar Street
Lansing, MI 48912-1150

Kimberly Bacher
Office of the U. S. Trustee, Region 11
219 S Dearborn Room 873
Chicago, IL 60604-2027

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America
c/o Potestivo & Associates, P.C.
811 S. Boulevard
Rochester, MI 48307-5359

Angela P Blust
552 Phillippa Street
Hinsdale, IL 60521-2472

Jeffrey R Blust
552 Phillippa Street
Hinsdale, IL 60521-2472

CHESWOLD (OPHRYS), LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Cap One
Po Box 5253
Carol Stream, IL 60197-5253

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Citizens Bank
328 S Saginaw St
Flint, MI 48502-1926

Credit One Bank
Po Box 98875
Las Vegas, NV 89193-8875

Dailey Law Firm, PC
28000 Woodward Ave., Ste. 201
Royal Oak, MI 48067-0962

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

(p)FORD MOTOR CREDIT COMPANY
PO BOX 6275
DEARBORN MI 48121-6275

FirstMerit Bank, N.A.
Weltman, Weinberg & Reis, Co., L.P.A.
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601-2704

FirstMerit Bank, fka Citizens Bank
101 N Washington
Saginaw, MI 48607-1207

Ford Cred
Po Box Box 542000
Omaha, NE 68154-8000

Ford Credit
Po Box Box 542000
Omaha, NE 68154-8000

Gecrb/Gap
Po Box 981400
El Paso, TX 79998-1400

Gecrb/Sams Club
Po Box 981400
El Paso, TX 79998-1400

Good Smith Gregg & Unruh LLP
150 S. Wacker Drive
Suite 3150
Chicago, IL 60606-4207

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

John J Lynch
Lynch Law Offices, P.C.
1011 Warrenville Road, Suite 150
Lisle, IL 60532-0903

| | | |
|---|---|---|
| Hcydmb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Metro Lofts Condominium Association<br>c/o Lee S Schofield, Atty<br>44670 Ann Arbor Road, # 170<br>Plymouth, MI 48170-4087 | Mortgage Service Cente<br>2001 Bishops Gate Blvd<br>Mount Laurel, NJ 08054-4604 |
| Nordstrom Fsb<br>Po Box 6555<br>Englewood, CO 80155-6555 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155-6566 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Potestivo & Associates<br>811 South Boulevard<br>Rochester, MI 48307-5359 | Christopher H Purcell<br>Sherman & Purcell LLP<br>120 S LaSalle St<br>Suite 1460<br>Chicago, IL 60603-3575 | Roundpoint Mortgage Servicing Corp<br>PO Box 19409<br>Charlotte, NC 28219-9409 |
| Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 | The Club at Hammock Beach LLC<br>200 Ocean Crest Drive<br>Palm Coast, FL 32137-3272 | Trott & Trott<br>31440 Northwestern Highway<br>Suite 200<br>Farmington, MI 48334-5422 |
| (p)VON MAUR INC<br>6565 BRADY STREET<br>DAVENPORT IA 52806-2054 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | FORD MOTOR CREDIT COMPANY LLC<br>DRAWER 55-953<br>P.O. BOX 55000<br>DETROIT, MI 48255-0953<br>Telephone no. (800) 955-8532 | Portfolio Recovery Associates, LLC<br>successor to GE CAPITAL RETAIL BANK<br>POB 41067<br>Norfolk, VA 23541 |
| Von Maur<br>6565 Brady St<br>Davenport, IA 52806-2054 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Cab West LLC | (u)Ford Motor Credit Company LLC | (d)Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121-6275 |

End of Label Matrix
Mailable recipients    43
Bypassed recipients     3
Total                  46

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | A CHAPTER 11 PROCEEDING |
|    Jeffery R Blust and | ) | |
|    Angela P Blust, | ) | Case No. 13-08514 |
|       Debtors. | ) | |
| | ) | |
| | ) | Honorable Judge: Pamela S. Hollis |

**DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE AND TO CLOSE CASE**

NOW COMES the Debtor(s), by and through their attorney John J Lynch of Lynch Law Offices, P.C., and moves this Honorable Court for entry of a Final Decree and to close this Case, and in support thereof states as follows:

1. On March 4, 2013 (the "Petition Date"), the Debtors commenced their voluntary chapter 11 bankruptcy case.

2. On December 19, 2013, this honorable court entered an Order (the "Confirmation Order"), approving the disclosure statement and confirming the Debtors Plan of Reorganization (the "Plan").

3. Subsequently, the Debtors have undertaken those steps necessary to substantially consummate the confirmed Plan as provided under Section 1101(2) of Title 11 of the United States Code (the "Bankruptcy Code") which states that *"substantial consummation" means — (A) transfer of all or substantially all of the property proposed by the plan to be transferred; (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and (C) commencement of distribution under the plan"*.

4. More specifically, the Debtors have commenced distribution under the Plan as indicated in Exhibit A attached hereto and made apart hereof. Each of the requirements under Section 1101(2) of the Bankruptcy Code is summarized below. There has been substantial consummation of the Plan confirmed by the Court on December 19, 2013. No property was proposed by the Plan to be transferred; the debtors have assumed the management of all the

property dealt with by the plan; and the debtors have commenced distribution under the plan. Each of these three requirements under 11 USC §1101(2) is summarized below.

### I. Transfer of Property.

The Plan proposes no transfers of property. Accordingly, all property transfers anticipated by the Plan have been completed.

### II. Assumption by Debtors of Management of Property.

The plan provided for the debtors to stay in control of their assets after confirmation. Since the date of confirmation, the debtors have remained in control and have operated pursuant to the terms of the plan.

### III. Distributions.

After the effective date of December 19, 2013 the Debtors commenced distributions under the plan. The Debtors have paid all administrative expenses that have come due, and have commenced making payments in accordance with Plan provisions.

5.  As indicated above the Plan has been substantially consummated as defined in 11 U.S.C. § 1101(2) in that to the best of the Debtors' knowledge, all allowed administrative claims have been paid, and the final administrative expenses, compensation of counsel for the Debtor has been paid in the amount of $11,000.00 and the balance of counsels' fee will be paid post-closing and all other Professional Fees have been paid, and payment of the final U.S. Trustee fee for the present quarter, will be paid in conjunction with the approval of this motion. Debtors do not anticipate that there will be any further administrative claims sought by creditors. The Debtors have completed the transfer of all property to be transferred under the Plan. All pending motions, contested matters and adversary proceedings have been resolved or will be resolved prior to or concurrently with a hearing on this Motion. The Debtors will pay any outstanding quarterly fees to the Office of the United States Trustee through the 2nd quarter of 2014 in conjunction with the Court's approval of this motion.

6.  It is in the interests of judicial economy to enter a Final Decree and an order to close the case.

WHEREFORE, the Debtors respectfully seek entry of an Order by this Court: (i) granting the Debtors' Motion for entry of a Final Decree in this case, (ii) closing the case, and (iii) for such further relief as the Court deems just and appropriate.

Respectfully submitted this 21st day of June, 2014

Jeffery R Blust and Angela P Blust
By: /s/ John J. Lynch their Attorney
John J. Lynch (No. 6270193)
Lynch Law Offices, P.C.
1011 Warrenville Road, Suite 150
Lisle, IL 60532
Phone: (630) 960-4700