UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-08514 |
| Jeffrey R. Blust and | ) | (Jointly Administered) |
| Angela P. Blust | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Debtor's Motion for Final Decree and Closing this Case**

This matter coming to be heard upon the motion of the Debtors, Jeffrey R. Blust and Angela P. Blust for the entry of a Final Decree and Order closing this case, notice having been given; no objections having been heard:

Whereas, Jeffrey R. Blust and Angela P Blust filed a voluntary petition under title 11, Chapter 11 in the United States Bankruptcy Court for the Northan District of Illinois on March 4, 2013.

Whereas, a Plan of Reorganization was proposed to the creditors and was confirmed by Order of this Court on December 19, 2013;

Whereas, Federal Rules of Bankruptcy Procedure section 3022 provides for the entry of a Final Decree;

Whereas, the Debtors have reported to this court that the Plan of Reorganization has been substantially consummated; and

The Court finds that the debtors have demonstrated substantial consummation of the Plan as defined in 11 U.S.C. Section 1101(2), and that it is in the best interest of judicial and private economy to close the case.

It is hereby Ordered, Adjudged and Decreed as follows:

1. The motion for Final Decree is granted,
2. This case is closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: November 18, 2014

**Prepared by:**

John J. Lynch, # 6270193
Lynch Law Offices, P.C.
1011 Warrenville Road, Ste. 150
Lisle, IL 60532